

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE A. WHEALTON, an individual; GERALD D. WHEALTON, an individual; AMBER WHEALTON, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY PUBLIC DEFENDERS OFFICE; BARBARA BRAND; EUNICE JONES; DAVID WEISEN; MODESTO RIOS; KAREN COTE; and MARIA SOLIZ,<br><br>　　　　Defendants. | Case No. EDCV 07-1653-VAP(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a <u>de novo</u> determination.

   IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) plaintiff Amber Whealton and her purported claims are dismissed without prejudice; (3) plaintiffs' federal claims against defendants Barbara Brand, Eunice Jones, David Wiesen,

Modesto Rios, Karen Cote, and Maria Soliz are dismissed for lack of subject matter jurisdiction; (4) plaintiffs' federal claims against defendant County of Riverside are dismissed; (5) plaintiffs' state law claims are dismissed without prejudice; and (6) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the plaintiffs.

DATED: May 18 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R\07-1653.ado
4/23/08