UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE A. WHEALTON, an individual; GERALD D. WHEALTON, an individual; AMBER WHEALTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY PUBLIC DEFENDERS OFFICE; BARBARA BRAND; EUNICE JONES; DAVID WEISEN; MODESTO RIOS; KAREN COTE; and MARIA SOLIZ,<br><br>Defendants. | Case No. EDCV 07-1653-VAP(RC)<br><br>JUDGMENT |

IT IS ADJUDGED that Judgment shall be entered dismissing all federal claims against defendants Barbara Brand, Eunice Jones, David Wiesen, Modesto Rios, Karen Cote, and Maria Soliz for lack of subject matter jurisdiction.

IT IS FURTHER ADJUDGED that Judgment shall be entered dismissing all federal claims against defendant County of Riverside.

//

1     IT IS STILL FURTHER ADJUDGED that Judgment shall be entered
2 dismissing without prejudice plaintiffs' state law claims.

4 DATED: May 18 2008

                                   VIRGINIA A. PHILLIPS
                                 UNITED STATES DISTRICT JUDGE

6 R&R\07-1653.jud
  4/23/08